IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>HOPE NOW MODIFICATIONS, LLC, et al.,<br><br>      Defendants.<br><br>_____<br><br>HOPE NOW MODIFICATIONS, LLC, et al.,<br><br>      Third Party Plaintiffs,<br><br>      v.<br><br>MICHAEL KWASNIK, et al.,<br><br>      Third Party Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-1204 (JBS/JS)<br><br>**ORDER** |

    This matter having come before the Court upon the FTC's motion to strike the Kwasnik Defendants' affirmative defenses [Docket Item 83]; the Court having considered the arguments advanced the FTC in support thereof; for the reasons discussed in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this    **12th**    day of **April, 2010** hereby

    ORDERED that the FTC's motion to strike affirmative defenses shall be, and hereby is, **GRANTED**.

                                      **s/ Jerome B. Simandle**
                                      Jerome B. Simandle
                                      United States District Judge