IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 09-1204 (JBS/JS) |
| v. | |
| HOPE NOW MODIFICATIONS, LLC, et al., | **ORDER** |
| Defendants, | |
| and | |
| HOPE NOW MODIFICATIONS, LLC, et al., | |
| Third-Party Plaintiffs, | |
| v. | |
| MICHAEL W. KWASNIK and KWASNIK, RODIO, KANOWITZ and BUCKLEY, P.C., | |
| Third-Party Defendants. | |

This matter having come before the Court upon the Kwasnik parties' motion for summary judgment [Docket Item 94]; the Court having considered the submissions in support thereof; and there being no opposition; for the reasons set forth in the Opinion of today's date; and for good cause shown;

IT IS this    **27th**    day of **July, 2010** hereby

ORDERED that the Kwasnik parties' motion for summary judgment shall be, and hereby is, GRANTED; and the Hope Now

parties' Third-Party Complaint is DISMISSED with prejudice, and the identical Cross-Claims of the Hope Now parties against the Kwasnik parties [Docket Item 68, Cross-Cls.] are DISMISSED with prejudice.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         U.S. District Judge